IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MCKENZIE GLOBAL MARKETING LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:24-CV-02664-N |
| CHARLOTTE LOCKWOOD, | § § § | |
| Defendant. | § | |

# ORDER

On May 14, 2025, the Court ordered Plaintiff to show cause why the Court should not dismiss this action for failure to prosecute [6]. Plaintiff has failed to file a satisfactory response within thirty days as required by the Court's show cause order. Accordingly, the Court dismisses this action without prejudice by authority of Fed. R. Civ. P. 4(m).

Signed July 29, 2025.

_____
David C. Godbey
Chief United States District Judge

ORDER – SOLO PAGE